Opinion issued February 27, 2020



In The

# Court of Appeals

For The

## First District of Texas

———————————————

### NO. 01-19-00831-CV

———————————————

**TETRA TECHNOLOGIES, INC., Appellant**

**V.**

**ORINOCO NATURAL RESOURCES, LLC,
THOMAS M. CLARKE, AND ANA M. CLARKE, Appellees**

---

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Case No. 2018-44621**

---

## MEMORANDUM OPINION

Appellant, Tetra Technologies, Inc., has filed an unopposed motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.